```
____ Priority
____ Send
__✓_ Clsd
__✓_ Enter
____ JS-5/JS-6
____ JS-2/JS-3
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RED, et al., | CASE NO.: |
| Plaintiffs, | CV 07-06366-GHK (PLAx) |
| v. | |
| FOCUS FEATURES INTERNATIONAL, LLLP, et al.; | JUDGMENT |
| Defendants. | |

Pursuant to our January 3, 2008 Order re: Defendants' Motion to Dismiss, **IT IS HEREBY ADJUDGED** that Plaintiffs' copyright infringement claim is dismissed, with prejudice. Plaintiffs shall take nothing from Defendants on this claim. Plaintiffs' state law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367.

**IT IS SO ORDERED**.

DATED: January 3, 2008

_____
GEORGE H. KING
United States District Judge